*March 9, 2017*

2017-Ohio-832.]

1420

**2016–1006. State v. Madison.**
Cuyahoga C.P. No. CR–13–579539-A. On appellant's motion to unseal record. Motion denied. Counsel for appellant in this case and counsel for appellant in his postconviction-relief proceedings may come to the Supreme Court of Ohio Clerk's Office to review the sealed documents.